IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES JONES | : | |
| | : | |
| V. | : | C.A. NO. 02-3819 |
| | : | |
| JOHN GREEN, ET AL. | : | |

WEINER, J.                                                                October 30, 2002

## **MEMO/ORDER**

The motion of defendants to dismiss the complaint of James Jones is GRANTED for the following reasons:

1. Plaintiff's claim that he was injured in a car accident while being transported by the Philadelphia Sheriff's Office does not rise to the level of a constitutional violation. It states merely a state law claim for negligence.

2. Even if plaintiff's claims did rise to the level of a constitutional

violation, defendants would be entitled to qualified immunity.

IT IS SO ORDERED.


_____
CHARLES R. WEINER