IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES JONES | : | |
| | : | |
| V. | : | C.A. NO. 02-3818 |
| | : | C.A. NO. 02-3819 |
| WALTER P. DULEAVY, ET AL. | : | |

WEINER, J.                                                                                   November 21, 2002

## **ORDER**

The request/motion of plaintiff to vacate the court's dismissal or judgment against plaintiff (Docket Entry 15 in C.A. No. 02-3818) is DENIED.

The request/motion of plaintiff to vacate the court's dismissal or judgment against plaintiff (Docket Entry 15 in C.A. No. 02-3819) is DENIED.

Neither motion raises any substantial issue to revisit the court's decisions on the original motions.

IT IS SO ORDERED.

_____
CHARLES R. WEINER